UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THISHA R. COHEN,

       Plaintiff(s),

                                    Civil No. 05-74344

v.

                                    HON. PAUL D. BORMAN

PHH MORTGAGE CORPORATION,

       Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE JUDGE MORGAN'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION TO DISMISS

The Court having reviewed the Magistrate Judge's report and recommendation, as well as any objections thereto filed by the parties, and being fully advised, now therefore;

**IT IS ORDERED** that the Court adopts Magistrate Judge Morgan's report and recommendation.

**IT IS FURTHER ORDERED** that defendant's motion to dismiss is **GRANTED** and the case **DISMISSED.**

                                           s/Paul D. Borman
                                           PAUL D. BORMAN
                                           UNITED STATES DISTRICT JUDGE

Dated: November 15, 2006

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 15, 2006.

                                           s/Denise Goodine
                                           Case Manager